UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ANGEL CRUZ CRUZ, <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendant(s). | CASE NO. C25-2269-KKE <br><br> ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT |

Defendant filed an unopposed motion to extend its deadline to respond to Plaintiff's complaint.  Dkt. No. 8.  The Court GRANTS the motion and ORDERS that Defendant shall respond to the complaint no later than April 3, 2026.

Dated this 22nd day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT - 1