The Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIGUEL ANGEL CRUZ CRUZ,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:25-cv-02269-KKE**

**ORDER GRANTING JOINT MOTION TO STAY CASE FOR 60 DAYS**

The parties filed a joint motion to stay the case for 60 days. Dkt. No. 15. The Court finds good cause to GRANT the motion and STAYS this case until June 2, 2026. The Court VACATES the initial scheduling deadlines (Dkt. No. 14).

The Court ORDERS the parties to file a notice with the Court if they reach a settlement during the pendency of the stay. If the parties do not finalize a settlement prior to the termination of the stay, the parties shall file a joint statement no later than June 9, 2026, advising the Court as to whether the stay should continue.

Dated this 27th day of March, 2026.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

**ORDER GRANTING JOINT MOTION
TO STAY CASE**
(Case No. 2:25-cv-02269-KKE)

1