UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ANGEL CRUZ CRUZ, | CASE NO. C25-2269-KKE |
| Plaintiff(s), | ORDER LIFTING STAY |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

The Court previously instructed the parties to file a joint status report no later than June 9, 2026, to address whether this case should continue to be stayed to allow for settlement discussions. Dkt. No. 16.  Plaintiff refused to contribute to the report the Government prepared, and did not file one of his own, but the Government filed a separate report.  Dkt. No. 18.  The Government's report indicates that this case could not be settled and instead requires discovery, and thus requests that the Court re-set the early case deadlines.  *Id.*

Because the only report timely filed indicates that the stay should not continue, the Court now LIFTS the stay and directs the courtroom deputy to re-set the early case deadlines.

Dated this 10th day of June, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER LIFTING STAY - 1