UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIGUEL ANGEL CRUZ CRUZ,

                    Plaintiff(s),

        v.

UNITED STATES OF AMERICA, et al.,

                    Defendant(s).

CASE NO. C25-2269-KKE

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME

Plaintiff, who is currently representing himself in this action, filed a motion for a 60-day extension of the early case deadlines to allow him time to pursue potential representation via the University of Washington's Clinical Program.  Dkt. No. 21.  The Government did not oppose the motion.

Finding good cause, the Court GRANTS Plaintiff's unopposed motion for extension.  Dkt. No. 21.  The Court VACATES the previous deadlines set (Dkt. No. 20) and ORDERS that the parties shall now comply with the following deadlines:

| | |
|---|---|
| Deadlines for Federal Rule of Civil Procedure ("FRCP") 26(f) Conference: | 8/31/26 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 9/14/26 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 9/21/26 |

Dated this 30th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME - 1